# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL CARSTETTER**, | : CIVIL ACTION NO. 1:06-CV-1993 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **ADAMS COUNTY TRANSIT AUTHORITY and YORK COUNTY TRANSIT AUTHORITY**, | : |
| **Defendants** | : |

## ORDER

AND NOW, this 20th day of January, 2009, upon consideration of the motions in limine (Docs. 143, 145, 147) and to bifurcate trial (Doc. 141), and upon further consideration of the motion to strike (Doc. 150) the amended brief in support (Doc. 149) of plaintiff's motion in limine, and it appearing that the pretrial conference in the above-captioned matter is scheduled for February 18, 2009, (see Doc. 140), and the court finding it expedient to provide for complete briefing of the pending motions prior to the pretrial conference, and the court further finding that consideration of the amended brief in support (Doc. 149) of plaintiff's motion in limine will not prejudice defendants because they possess ample opportunity to respond to these arguments raised therein prior to the pretrial conference, it is hereby ORDERED that:

1. The motion to strike (Doc. 150) the amended brief in support (Doc. 149) of plaintiff's motion in limine is DENIED.

2. Briefing of the motion to bifurcate trial (Doc. 141) and of the motion in limine (Doc. 143) filed on January 7, 2009 shall be governed by Rules 7.6 and 7.7 of the Local Rules of Court.

3. Briefing of the motions in limine (Docs. 145, 147) filed on January 13 and 16, 2009 shall be governed by the following schedule:

    a. All briefs in opposition to these motions in limine (Docs. 145, 147) shall be filed on or before February 2, 2009.

    b. Briefs in reply may be filed on or before February 12, 2009.


    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge